**No. 10-806. Hector Vargas, Petitioner v. Eric Wughalter, et al.**

562 U.S. 1220, 131 S. Ct. 1498, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1337.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 380 Fed. Appx. 110.

**No. 10-811. Virgil E. Day, et al., Petitioners v. Haunani Apoliona, et al.**

**No. 10-825. Wendell Marumoto, Petitioner v. Virgil E. Day, et al.**

562 U.S. 1220, 131 S. Ct. 1501, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1415.

February 22, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same cases below, 616 F.3d 918.

**No. 10-812. Richard Joe Domnitz, Petitioner v. Lee M. Reese, et al.**

562 U.S. 1220, 131 S. Ct. 1501, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1325.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 706.

**No. 10-813. Michael Mirayes, Petitioner v. New Jersey.**

562 U.S. 1220, 131 S. Ct. 1501, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1502.

February 22, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-815. James D. Schneller, Petitioner v. Zoning Hearing Board of Radnor Township; and James Schneller, Petitioner v. Radnor Township Board of Commissioners.**

562 U.S. 1220, 131 S. Ct. 1502, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1470.

February 22, 2011. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

Same case below, 973 A.2d 1115 (both judgments).

**No. 10-816. Malachy DeHenre, Petitioner v. Mississippi.**

562 U.S. 1220, 131 S. Ct. 1502, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1483.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 43 So. 3d 407.

**No. 10-817. Anne Boston Parish, Petitioner v. Virginia.**

562 U.S. 1220, 131 S. Ct. 1502, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1333,

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-819. Harmon Taylor, Petitioner v. Barbara Hale, et al.**

562 U.S. 1220, 131 S. Ct. 1503, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1397.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 116.